Opinion issued June 7, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01066-CV






DAVID CHRISTOPHER HERRERA, Appellant


V.


ELIZABETH LEE HERRERA, Appellee






On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 04FD2039






MEMORANDUM OPINION Appellant David Christopher Herrera has neither established indigence, nor
paid or made arrangements to pay the clerk's fee for preparing the clerk's record. See
Tex. R. App. P. 20.1 (listing requirements for establishing indigence), 37.3(b)
(allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After
being notified that this appeal was subject to dismissal, appellant DAVID
CHRISTOPHER HERRERA did not adequately respond. See Tex. R. App. P. 42.3(c)
(allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.